**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SANDRA COOPER, IN HER OWN RIGHT AND AS ADMINISTRATRIX OF THE ESTATE OF GENE M. COOPER, | : | No. 646 MAL 2019 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioners | : | from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ARMSTRONG WORLD INDUSTRIES, INC., BRENNTAG NORTHEAST, INC., BARLEY SNYDER, AND ALAN J. HAY, MD., | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.